UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY COZZI,<br><br>         Plaintiff,<br><br>  -against-<br><br>WORKERS' COMPENSATION BOARD, et al.,<br><br>         Defendants. | 21-CV-0442 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 5, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Plaintiff has consented to electronic service. (ECF No. 3.)

SO ORDERED.

Dated:  March 5, 2021
    New York, New York

                       *Louis L. Stanton*
                        Louis L. Stanton
                          U.S.D.J.